FILED
2005 Aug-29 PM 12:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MARCELLUS WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | )  4:04-cv-03472-RBP-JEO |
| OFFICER ROYCE BROWN and OFFICER EARL PICKETT, | ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on July 28, 2005, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. The plaintiff filed objections on August 15, 2005.

Having carefully reviewed and considered *de novo* the report and recommendation and the objections filed by the plaintiff, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE**, this the 29th day of August, 2005.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**